GENERAL MOTORS ACCEPTANCE COR-
PORATION, Appellant, v. M. E. MAL-
LETT et al., Appellees.

No. 3513.

Court of Civil Appeals of Texas. Beaumont.

June 29, 1939.

John H. Land, of Beaumont, for appellant.

Howth, Adams & Hart, of Beaumont, for appellees.

PER CURIAM.

This case originated in County Court of Jefferson County, at Law, Jefferson County, and was by appellant, General Motors Acceptance Corporation, against appellee, M. E. Mallett, on a promissory note and to foreclose a chattel mortgage lien against a Chevrolet automobile. We have carefully reviewed appellant's propositions; finding no error, the judgment of the lower court is affirmed without written opinion. Texas & New Orleans R. R. Co. v. Futch, Tex.Civ. App., 127 S.W.2d 1040.

Affirmed.